**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ralph E. BRAZEL, Jr., Defendant–
Appellant.**

**No. 09–12979
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 24, 2009.

Ralph E. Brazel, Jr., Jesup, GA, pro se.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BARKETT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Ralph Brazel, Jr., has filed a motion to withdraw on appeal and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of § 3582(c)(2) relief is **AFFIRMED.** ·